RECEIVED
AUG 0 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA



**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | |
|---|---|
| **BOBBY LEE CHAMPAGNE** | **CIVIL ACTION NO. 07-678** |
| **VERSUS** | **SECTION "P"** |
| **WARDEN TERRY TERRELL, ET AL** | **CHIEF JUDGE HAIK** |
| | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(I) and (II).

**IT IS FURTHER ORDERED** that plaintiff's motion/request for transfer be **DENIED** as plaintiff has no liberty interest in where he is incarcerated.

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this 20th day of September, 2007.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT